GEORGE C. SMITH, as Administrator of the Estate of GEORGE A. SMITH, Deceased, Appellant, *v.* UTICA KNITTING COMPANY, Respondent.

*Smith* v. *Utica Knitting Co.*, 87 App. Div. 620, affirmed.
(Argued October 19, 1904; decided November 15, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

November 11, 1903, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

*P. H. Fitzgerald* and *John F. Gaffney* for appellant.

*F. G. Fincke* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.